In the Matter of the Application of COUNTY OF WESTCHESTER by WESTCHESTER COUNTY PARK COMMISSION, Organized and Existing under and in Pursuance to Chapter 292 of the Laws of 1922 of the State of New York, and the Acts Amendatory Thereof and Supplemental Thereto, Respondent, to Acquire Title to Lands of JOHN GEORGE SCHELHORN and Others, Defendants; ALICE W. BOWMAN, Individually and as Executrix, etc., of MARY H. WRAY, Deceased, and MARION W. DAY, Appearing Specially Herein, Appellants.— Order denying motion of appellants to vacate and set aside order of publication in a proceeding to acquire title to real property for a public use affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of GEORGE A. SCHLEGEL, as Coadministrator, etc., of THERESIA SCHLEGEL, Deceased, Appellant; THERESA MANNING, Coadministrator, etc., of THERESIA SCHLEGEL, Deceased, and JOHN SCHLEGEL, Respondents.— Appeal by coadministrator George A. Schlegel from a decree of the Surrogate's Court, Queens county, entered upon the settlement of his account. Decree unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.